■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL GADSON, Appellant. [661 NYS2d 970] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (O'Brien, J.), rendered November 8, 1989, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenges to the legal sufficiency of the evidence are unpreserved for appellate review (see, CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (see, *People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

We have examined the defendant's remaining contentions and find them to be without merit. Bracken, J. P., Copertino, Altman and Florio, JJ., concur.